**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **JENNIFER FOUYOLLE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **C.A. NO. 04-2219** |
| | § | |
| **J.P. MORGAN CHASE & CO.** | § | |
| **d/b/a JPMORGAN CHASE BANK,** | § | |
| | § | |
| **Defendant.** | | |

**JOINT MOTION TO EXTEND DEADLINE**
**TO FILE SETTLEMENT DOCUMENTS**

As the Court will recall from the May 12, 2006 hearing, the parties are in the process of finalizing a settlement in this matter. *See* Doc. 63. The Court initially requested the parties submit their settlement paperwork by July 11, 2006 and the parties have worked diligently to do so. However, it is clear to the parties that a brief extension is necessary. Therefore, the parties respectfully request an extension of the deadline to submit settlement documents until August 14, 2006.

A proposed Order is attached.

Dated:   July 7, 2006.

**Richard J. (Rex) Burch**                    **Stanley Weiner**

_____          _____

Richard Burch                                                Stanley Weiner
*Attorney In-Charge for Plaintiffs*                          *Attorney-in-Charge for Defendant*
State Bar No. 24001807                                      Texas State Bar No. 21091020
S.D. Texas No. 21615                                        S.D. Texas Bar No. 26098
BRUCKNER BURCH PLLC                                         Matthew W. Ray
5847 San Felipe # 3900                                     Texas State Bar No. 00788248
Houston, TX 77057                                          S.D. Texas Bar No. 31884
Telephone:  (713) 877-8788                                 JONES DAY
Facsimile:  (713) 877-8065                                 2727 North Harwood Street
                                                           Dallas, TX 75201
J. Derek Braziel                                           (214) 220-3939 — Telephone
State Bar No. 00793380                                     (214) 969-5100 — Telecopier
EDWARDS & GEORGE, L.L.P.
208 N. Market St., Suite 400                               Samuel Estreicher
Dallas, TX 75202                                           [pro hac vice motion to be filed]
Telephone:  (214) 749-1400                                 JONES DAY
Facsimile:  (214) 749-1010                                 222 East 41st Street
                                                           New York, NY 10017-6702
Adam T. Klein                                              (212) 326-3939 — Telephone
Jack A. Raisner                                            (212) 755-7306 — Telecopier
Tarik Ajami
Justin M. Swartz                                           Sam S. Shaulson
OUTEN & GOLDEN LLP                                         [pro hac vice motion to be filed]
3 Park Avenue, 29th Floor                             Thomas A. Linthorst
New York, NY 10016                                         [pro hac vice motion to be filed]
Telephone:  (212) 245-1000                                 MORGAN, LEWIS & BOCKIUS
                                                           100 Park Avenue
ATTORNEYS FOR PLAINTIFFS                                   New York, NY 10178-0060
                                                           (212) 309-6000 — Telephone
                                                           (212) 309-6001 — Telecopier

                                                           ATTORNEYS FOR DEFENDANT

**JOINT MOTION TO EXTEND DEADLINE TO FILE SETTLEMENT DOCUMENTS**                    Page 2